

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE



CAROL TERESA HART, by and
Through her parent and next friend,
BEVERLY CAROL HART,

    Plaintiff,

VS.                            Case No. 03-2845 MlV

SHELBY COUNTY SCHOOL SYSTEM,
A body corporate and politic, and
DR. BOBBY WEBB, Superintendent of
Schools, in his official capacity,

    Defendants.

---

### PETITION FOR REIMBURSEMENT OF EXPENSES AS PROVIDED BY THE CIVIL PRO BONO PLAN FOR PRO SE INDIGENT PARTIES

---

COMES NOW Armstrong Allen, PLLC, formerly pro bono counsel for Carol Teresa Hart, by and through her parent and next friend, Beverly Carol Hart, pursuant to the Civil Pro Bono Plan for Pro Se Indigent Parties Guidelines for reimbursement of expenses (Section III.C - Allowable Expenses and Costs) and moves this Court for approval of reimbursement of expenses attached hereto as Exhibit "A".

The expenses charged this client were reasonable, in the best interest of the client, and should be approved for payment.

WHEREFORE, PREMISES CONSIDERED, Armstrong Allen, PLLC prays for an award of its expenses in the amount of $348.95.

**MOTION GRANTED**
DATE: 4-26-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 4-27-05

1

(52)

Respectfully submitted:

ARMSTRONG ALLEN, PLLC
Brinkley Plaza
80 Monroe Avenue, Suite 700
Memphis, Tennessee 38103

By: _____
   Henry C. Shelton, III (#8207)


## CERTIFICATE OF SERVICE

I hereby certify a true and exact copy of the foregoing has been served upon Timothy W. Smith, Esq., Attorney for Defendants, 2670 Union Extd., Suite 1200 Memphis, TN 38112 via United States Mail, postage prepaid, this ___ day of April, 2005.

_____

2

# ARMSTRONG ALLEN
ATTORNEYS AT LAW
PLLC

CAROL TERESA HART  
C/O MS. BEVERLY HART  
1614 SORGHUM MILL  
CORDOVA, TN 38016  

APRIL 15, 2005

INVOICE # 63416  
HENRY C. SHELTON III

OUR MATTER # H1073-0057357  
HART vs. SHELBY COUNTY SCHOOLS

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 8, 2005  
PAYMENTS RECEIVED THROUGH APRIL 15, 2005

## INVOICE SUMMARY

REIMBURSABLE COSTS:  
CLERK RUNS                           10.00  
COPY CHARGES                         40.20  
FAX CHARGES                           2.50  
LEXIS LEGAL RESEARCH                296.25  

TOTAL REIMBURSABLE COSTS                        $    348.95

CURRENT BILLING FOR THIS MATTER                 $    348.95

TOTAL DUE FOR THIS MATTER                       $    348.95

## REIMBURSABLE COSTS

| Date | Description | Qty | Amount |
|---|---|---|---|
| 07-22-04 | COPY CHARGES | 4 | 0.80 |
| 07-23-04 | COPY CHARGES | 59 | 11.80 |
| 08-03-04 | CLERK RUNS; 07/30/04 HCS V GRIFFIN, FEDERAL DELIVER | 1 | 5.00 |


EXHIBIT A

80 Monroe Ave., Suite 700 | Memphis, TN  38103 | Office 901-523-8211 | Fax 901-524-4936 | FEI 62-0520087

MEMPHIS, TENNESSEE | JACKSON, MISSISSIPPI | LITTLE ROCK, ARKANSAS | JACKSON, TENNESSEE

# ARMSTRONG ALLEN
PLLC

ATTORNEYS AT LAW

CAROL TERESA HART                                          APRIL 15, 2005
                                                           INVOICE #63416
OUR MATTER #: H1073-0057357                                PAGE    2

| Date | Description | Qty | Amount |
|---|---|---|---|
| 08-03-04 | CLERK RUNS; 07/30/04 HCS FEDERAL FILE AND RETURN | 1 | 5.00 |
| 08-10-04 | FAX CHARGES; 3275875 | 2 | 2.50 |
| 08-11-04 | LEXIS LEGAL RESEARCH; 08/04/04 HENRY SHELTON | | 90.00 |
| 08-16-04 | COPY CHARGES | 17 | 3.40 |
| 08-25-04 | LEXIS LEGAL RESEARCH; 08/09/04 HENRY SHELTON | | 206.25 |
| 09-01-04 | COPY CHARGES | 15 | 3.00 |
| 10-20-04 | COPY CHARGES | 106 | 21.20 |

TOTAL REIMBURSABLE COSTS                                   $     348.95
                                                                ==========

80 Monroe Ave., Suite 700 | Memphis, TN 38103 | Office 901-523-8211 | Fax 901-524-4936 | FEI 62-0520087

MEMPHIS, TENNESSEE | JACKSON, MISSISSIPPI | LITTLE ROCK, ARKANSAS | JACKSON, TENNESSEE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CV-02845 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Beverly Carol Hart
1614 Sorghum Mill
Cordova, TN 38016

Timothy W. Smith
LAW OFFICE OF TIMOTHY W. SMITH
2670 Union Extd.
Ste. 1200
Memphis, TN 38112

Honorable Bernice Donald
US DISTRICT COURT