FILED BY [illegible] D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 AUG -3 PM 5: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**CAROL TERESA HART, by and
through her parent and next friend,
BEVERLY CAROL HART,**

       Plaintiffs,

vs.

**SHELBY COUNTY SCHOOL DISTRICT,
et al.,**

       Defendants.

Case No.  03-2845 D V

---

## ORDER OF REFERENCE

---

Before the court is Defendant's Motion to Dismiss or Alternatively to Affirm Finding of

Administrative Law Judge and to Dismiss filed on March 7, 2005, in this case.

This matter is hereby referred to the United States Magistrate Judge for a hearing and a

Report and Recommendation.  Any exceptions to the Magistrate Judge's order shall be made by

motion within ten (10) days of the order.  Further, all exceptions shall be stated with particularity.

**IT IS SO ORDERED** this *3rd* day of *August* 2005.

**BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on *8-8-05*



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:03-CV-02845 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Beverly Carol Hart
1614 Sorghum Mill
Cordova, TN 38016

Timothy W. Smith
LAW OFFICE OF TIMOTHY W. SMITH
2670 Union Extd.
Ste. 1200
Memphis, TN 38112

Honorable Bernice Donald
US DISTRICT COURT