UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 30 PM 2:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

CAROL TERESA HART, by and
through her parent and next friend,
BEVERLY CAROL HART

v.

SHELBY COUNTY SCHOOL DISTRICT
and DR. BOBBY WEBB, in his official
capacity as Superintendent

JUDGMENT IN A CIVIL CASE

CASE NO: 03-2845-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Report And Recommendation, Affirming The Findings Of The Administrative Law Judge, And Dismissing Plaintiffs' Complaint entered on November 28, 2005, this cause is hereby dismissed.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

11-30-2005
Date

THOMAS M. GOULD

_____
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:03-CV-02845 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Timothy W. Smith
LAW OFFICE OF TIMOTHY W. SMITH
2670 Union Extd.
Ste. 1200
Memphis, TN 38112

Beverly Carol Hart
1614 Sorghum Mill
Cordova, TN 38016

Honorable Bernice Donald
US DISTRICT COURT